**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

Direct Deposit Advice

**Check Date**
January 13, 2023

**Voucher Number**
39135

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,686.46 |
| **Total Direct Deposits** | | | **1,686.46** |

41839    LEGAL-Paralegal    731  39135  40632        **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                                   **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,826.16** | Check Date | **January 13, 2023** | Voucher Number | **39135** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **December 28, 2022** | Net Pay | **1,686.46** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **January 10, 2023** | Total Hours Worked | **65.25** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 180.00 |
| OVERTIM | 36.00 | 1.58 | 56.88 | 56.88 |
| REGULAR | 24.00 | 63.67 | 1,528.08 | 1,528.08 |
| Retro Pay | | 0.00 | 61.20 | 61.20 |
| **Gross Earnings** | | **72.75** | **1,826.16** | **1,826.16** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 0.00 |
| FL | 0.00 | 0.00 |
| MED | 26.48 | 26.48 |
| SS | 113.22 | 113.22 |
| **Taxes** | **139.70** | **139.70** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,686.46 |
| **Total Direct Deposits** | | | **1,686.46** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**
January 27, 2023

**Voucher Number**
39401

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,912.33 |
| **Total Direct Deposits** | | | **1,912.33** |

41839   LEGAL-Paralegal   731  39401  40904        **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                              **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **2,098.44** | Check Date | **January 27, 2023** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **January 11, 2023** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **January 24, 2023** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **39401** | | | |
| Net Pay | **1,912.33** | | | |
| Total Hours Worked | **79.45** | | | |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 360.00 |
| OVERTIM | 36.00 | 0.97 | 34.92 | 91.80 |
| REGULAR | 24.00 | 78.48 | 1,883.52 | 3,411.60 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **86.95** | **2,098.44** | **3,924.60** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 25.58 | 25.58 |
| FL | 0.00 | 0.00 |
| MED | 30.43 | 56.91 |
| SS | 130.10 | 243.32 |
| **Taxes** | **186.11** | **325.81** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,912.33 |
| **Total Direct Deposits** | | | **1,912.33** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  
February 10, 2023

**Voucher Number**  
39684

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,681.47 |
| **Total Direct Deposits** | | | **1,681.47** |

41839   LEGAL-Paralegal   731  39684  41200      **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,820.76** | Check Date | **February 10, 2023** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **January 25, 2023** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **February 7, 2023** |

| | |
|---|---|
| Voucher Number | **39684** |
| Net Pay | **1,681.47** |
| Total Hours Worked | **75.55** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 360.00 |
| OVERTIM | 36.00 | 0.63 | 22.68 | 114.48 |
| REGULAR | 24.00 | 74.92 | 1,798.08 | 5,209.68 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **75.55** | **1,820.76** | **5,745.36** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 25.58 |
| FL | 0.00 | 0.00 |
| MED | 26.40 | 83.31 |
| SS | 112.89 | 356.21 |
| **Taxes** | **139.29** | **465.10** |

| **Deductions** | Amount | YTD |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,681.47 |
| **Total Direct Deposits** | | | **1,681.47** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**
February 24, 2023

**Voucher Number**
39936

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,850.04 |
| **Total Direct Deposits** | | | **1,850.04** |

41839    LEGAL-Paralegal    731  39936  41451        **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                 **Earnings Statement**

| Employee ID | **731** | Fed Taxable Income | **2,020.92** | Check Date | **February 24, 2023** | Voucher Number | **39936** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **February 8, 2023** | Net Pay | **1,850.04** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **February 21, 2023** | Total Hours Worked | **74.12** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 540.00 |
| OVERTIM | 36.00 | 4.47 | 160.92 | 275.40 |
| PTO | 24.00 | 0.35 | 8.40 | 8.40 |
| REGULAR | 24.00 | 69.65 | 1,671.60 | 6,881.28 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **81.97** | **2,020.92** | **7,766.28** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 16.28 | 41.86 |
| FL | | | 0.00 | 0.00 |
| MED | | | 29.30 | 112.61 |
| SS | | | 125.30 | 481.51 |
| **Taxes** | | | **170.88** | **635.98** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| No Deductions | | |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,850.04 |
| **Total Direct Deposits** | | | **1,850.04** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  March 10, 2023

**Voucher Number**  40180

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,751.48 |
| **Total Direct Deposits** | | | **1,751.48** |

41839   LEGAL-Paralegal   731  40180  41697       **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,898.24** | Check Date | **March 10, 2023** | Voucher Number **40180** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **February 22, 2023** | Net Pay **1,751.48** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **March 7, 2023** | Total Hours Worked **81.45** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 540.00 |
| OVERTIM | 36.00 | 1.45 | 52.20 | 327.60 |
| PTO | | | | 8.40 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 8,801.28 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **81.45** | **1,972.20** | **9,738.48** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 1.55 | 43.41 |
| FL | 0.00 | 0.00 |
| MED | 27.52 | 140.13 |
| SS | 117.69 | 599.20 |
| **Taxes** | **146.76** | **782.74** |

| Deductions | Amount | YTD |
|---|---|---|
| DENTAL INS | 7.24 | 7.24 |
| Health | 66.72 | 66.72 |
| **Deductions** | **73.96** | **73.96** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Wells Fargo | C    ***9240 | 1,751.48 |
| **Total Direct Deposits** | | **1,751.48** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

Direct Deposit Advice

**Check Date**
March 24, 2023

**Voucher Number**
40425

paylocity

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 2,215.70 |
| **Total Direct Deposits** | | | **2,215.70** |

41839    LEGAL-Paralegal    731  40425  41941        **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                        **Earnings Statement**

| Employee ID | **731** | Fed Taxable Income | **2,507.72** | Check Date | **March 24, 2023** | Voucher Number | **40425** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **March 8, 2023** | Net Pay | **2,215.70** |
| Hourly | **$24.00** | State Filing Status |  | Period Ending | **March 21, 2023** | Total Hours Worked | **98.38** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 540.00 |
| OVERTIM | 36.00 | 18.38 | 661.68 | 989.28 |
| PTO | | | | 8.40 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 10,721.28 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **98.38** | **2,581.68** | **12,320.16** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 100.18 | 143.59 |
| FL | | | 0.00 | 0.00 |
| MED | | | 36.36 | 176.49 |
| SS | | | 155.48 | 754.68 |
| **Taxes** | | | **292.02** | **1,074.76** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 14.48 |
| Health | 66.72 | 133.44 |
| **Deductions** | **73.96** | **147.92** |

| **Direct Deposits** | **Type Account** | **Amount** |
|---|---|---|
| Wells Fargo | C    ***9240 | 2,215.70 |
| **Total Direct Deposits** | | **2,215.70** |

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  April 7, 2023

**Voucher Number**  40669

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 2,006.89 |
| **Total Direct Deposits** | | | **2,006.89** |

41839    LEGAL-Paralegal    731   40669   42189    **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                           **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **2,216.12** | Check Date  **April 7, 2023**     Voucher Number  **40669** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning  **March 22, 2023**     Net Pay  **2,006.89** |
| Hourly | **$24.00** | State Filing Status | | Period Ending  **April 4, 2023**     Total Hours Worked  **90.28** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 540.00 |
| OVERTIM | 36.00 | 10.28 | 370.08 | 1,359.36 |
| PTO | | | | 8.40 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 12,641.28 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **90.28** | **2,290.08** | **14,610.24** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 39.70 | 183.29 |
| FL | 0.00 | 0.00 |
| MED | 32.13 | 208.62 |
| SS | 137.40 | 892.08 |
| **Taxes** | **209.23** | **1,283.99** |

| **Deductions** | Amount | YTD |
|---|---|---|
| DENTAL INS | 7.24 | 21.72 |
| Health | 66.72 | 200.16 |
| **Deductions** | **73.96** | **221.88** |

| **Direct Deposits** | Type Account | Amount |
|---|---|---|
| Wells Fargo | C    ***9240 | 2,006.89 |
| **Total Direct Deposits** | | **2,006.89** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

**Direct Deposit Advice**

**Check Date** April 21, 2023

**Voucher Number** 40919

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,671.01 |
| **Total Direct Deposits** | | | **1,671.01** |

41839   LEGAL-Paralegal   731   40919   42440     **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,809.44** | Check Date **April 21, 2023** | Voucher Number **40919** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning **April 5, 2023** | Net Pay **1,671.01** |
| Hourly | **$24.00** | State Filing Status | | Period Ending **April 18, 2023** | Total Hours Worked **66.10** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 720.00 |
| OVERTIM | 36.00 | 0.65 | 23.40 | 1,382.76 |
| PTO | 24.00 | 4.55 | 109.20 | 117.60 |
| REGULAR | 24.00 | 65.45 | 1,570.80 | 14,212.08 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **78.15** | **1,883.40** | **16,493.64** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 183.29 |
| FL | 0.00 | 0.00 |
| MED | 26.24 | 234.86 |
| SS | 112.19 | 1,004.27 |
| **Taxes** | **138.43** | **1,422.42** |

| Deductions | Amount | YTD |
|---|---|---|
| DENTAL INS | 7.24 | 28.96 |
| Health | 66.72 | 266.88 |
| **Deductions** | **73.96** | **295.84** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| Wells Fargo | C    ***9240 | 1,671.01 |
| **Total Direct Deposits** | | **1,671.01** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  May 5, 2023

**Voucher Number**  41170

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,594.00 |
| **Total Direct Deposits** | | | **1,594.00** |

41839    LEGAL-Paralegal    731   41170   42699         **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                             **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,726.04** | Check Date | **May 5, 2023** | Voucher Number | **41170** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **April 19, 2023** | Net Pay | **1,594.00** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **May 2, 2023** | Total Hours Worked | **65.65** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 720.00 |
| OVERTIM | | | | 1,382.76 |
| PTO | 24.00 | 9.35 | 224.40 | 342.00 |
| REGULAR | 24.00 | 65.65 | 1,575.60 | 15,787.68 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **75.00** | **1,800.00** | **18,293.64** |

| **Taxes** | **Amount** | **YTD** |
|---|---|---|
| FITW | 0.00 | 183.29 |
| FL | 0.00 | 0.00 |
| MED | 25.03 | 259.89 |
| SS | 107.01 | 1,111.28 |
| **Taxes** | **132.04** | **1,554.46** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 36.20 |
| Health | 66.72 | 333.60 |
| **Deductions** | **73.96** | **369.80** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,594.00 |
| **Total Direct Deposits** | | | **1,594.00** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

Levin Papantonio Thomas Mitchell Rafferty& Procto  
316 S Baylen St  
Ste 600  
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  
May 19, 2023

**Voucher Number**  
41420

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,644.53 |
| **Total Direct Deposits** | | | **1,644.53** |

41839   LEGAL-Paralegal   731   41420   42949   **41839**

**Jody Ann Salway**  
251 Clematis Street  
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                           **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,780.76** | Voucher Number | **41420** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Net Pay | **1,644.53** |
| Hourly | **$24.00** | State Filing Status | | Total Hours Worked | **77.28** |

Check Date **May 19, 2023**  
Period Beginning **May 3, 2023**  
Period Ending **May 16, 2023**

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | | | | 720.00 |
| OVERTIM | | | | 1,382.76 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 77.28 | 1,854.72 | 17,642.40 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **77.28** | **1,854.72** | **20,148.36** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 183.29 |
| FL | 0.00 | 0.00 |
| MED | 25.82 | 285.71 |
| SS | 110.41 | 1,221.69 |
| **Taxes** | **136.23** | **1,690.69** |

| **Deductions** | Amount | YTD |
|---|---|---|
| DENTAL INS | 7.24 | 43.44 |
| Health | 66.72 | 400.32 |
| **Deductions** | **73.96** | **443.76** |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,644.53 |
| **Total Direct Deposits** | | | **1,644.53** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

Direct Deposit Advice

**Check Date**
June 2, 2023

**Voucher Number**
41669

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,639.88 |
| **Total Direct Deposits** | | | **1,639.88** |

41839  LEGAL-Paralegal  731  41669  43198  **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                             **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,775.72** | Voucher Number | **41669** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Net Pay | **1,639.88** |
| Hourly | **$24.00** | State Filing Status | | Total Hours Worked | **69.57** |
| | | Check Date | **June 2, 2023** | | |
| | | Period Beginning | **May 17, 2023** | | |
| | | Period Ending | **May 30, 2023** | | |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 900.00 |
| OVERTIM | | | | 1,382.76 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 69.57 | 1,669.68 | 19,312.08 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **77.07** | **1,849.68** | **21,998.04** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 183.29 |
| FL | 0.00 | 0.00 |
| MED | 25.75 | 311.46 |
| SS | 110.09 | 1,331.78 |
| **Taxes** | **135.84** | **1,826.53** |

| **Deductions** | Amount | YTD |
|---|---|---|
| DENTAL INS | 7.24 | 50.68 |
| Health | 66.72 | 467.04 |
| **Deductions** | **73.96** | **517.72** |

| **Direct Deposits** | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,639.88 |
| **Total Direct Deposits** | | | **1,639.88** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

**paylocity**

**Direct Deposit Advice**

**Check Date**
June 16, 2023

**Voucher Number**
41921

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,943.45 |
| **Total Direct Deposits** | | | **1,943.45** |

41839    LEGAL-Paralegal    731    41921    43450    **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                         **Earnings Statement**

| Employee ID | **731** | Fed Taxable Income | **2,137.16** | Check Date | **June 16, 2023** | Voucher Number | **41921** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **May 31, 2023** | Net Pay | **1,943.45** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **June 13, 2023** | Total Hours Worked | **87.28** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 900.00 |
| OVERTIM | 36.00 | 9.70 | 349.20 | 1,731.96 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 77.58 | 1,861.92 | 21,174.00 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **87.28** | **2,211.12** | **24,209.16** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 30.22 | 213.51 |
| FL | | | 0.00 | 0.00 |
| MED | | | 30.99 | 342.45 |
| SS | | | 132.50 | 1,464.28 |
| **Taxes** | | | **193.71** | **2,020.24** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 57.92 |
| Health | 66.72 | 533.76 |
| **Deductions** | **73.96** | **591.68** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,943.45 |
| **Total Direct Deposits** | | | **1,943.45** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

Levin Papantonio Thomas Mitchell Rafferty& Procto
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date**  June 30, 2023

**Voucher Number**  42162

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 2,000.72 |
| **Total Direct Deposits** | | | **2,000.72** |

41839   LEGAL-Paralegal   731   42162   43691         **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                                                 **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **2,208.44** | Voucher Number | **42162** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Net Pay | **2,000.72** |
| Hourly | **$24.00** | State Filing Status | | Total Hours Worked | **84.90** |

Check Date **June 30, 2023**  
Period Beginning **June 14, 2023**  
Period Ending **June 27, 2023**

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 7.50 | 180.00 | 1,080.00 |
| OVERTIM | 36.00 | 5.40 | 194.40 | 1,926.36 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 79.50 | 1,908.00 | 23,082.00 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **92.40** | **2,282.40** | **26,491.56** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 38.78 | 252.29 |
| FL | | | 0.00 | 0.00 |
| MED | | | 32.02 | 374.47 |
| SS | | | 136.92 | 1,601.20 |
| **Taxes** | | | **207.72** | **2,227.96** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 65.16 |
| Health | 66.72 | 600.48 |
| **Deductions** | **73.96** | **665.64** |

| **Direct Deposits** | **Type Account** | **Amount** |
|---|---|---|
| Wells Fargo | C    ***9240 | 2,000.72 |
| **Total Direct Deposits** | | **2,000.72** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

**Direct Deposit Advice**

**Check Date**　　　　　　　　**Voucher Number**
July 14, 2023　　　　　　　　42396

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,911.53 |
| **Total Direct Deposits** | | | **1,911.53** |

41839　LEGAL-Paralegal　731　42396　43930　　**41839**
**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

# Non Negotiable - This is not a check - Non Negotiable

## Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**　　　　　　　　　　　　　　　　　　　　　　　　　　　**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **2,097.44** | Check Date **July 14, 2023** | Voucher Number **42396** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning **June 28, 2023** | Net Pay **1,911.53** |
| Hourly | **$24.00** | State Filing Status | | Period Ending **July 11, 2023** | Total Hours Worked **75.29** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | 24.00 | 15.00 | 360.00 | 1,440.00 |
| OVERTIM | 36.00 | 0.37 | 13.32 | 1,939.68 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 74.92 | 1,798.08 | 24,880.08 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **90.29** | **2,171.40** | **28,662.96** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 25.46 | 277.75 |
| FL | | | 0.00 | 0.00 |
| MED | | | 30.41 | 404.88 |
| SS | | | 130.04 | 1,731.24 |
| **Taxes** | | | **185.91** | **2,413.87** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 72.40 |
| Health | 66.72 | 667.20 |
| **Deductions** | **73.96** | **739.60** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,911.53 |
| **Total Direct Deposits** | | | **1,911.53** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

Direct Deposit Advice

**Check Date**
July 28, 2023

**Voucher Number**
42635

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,864.28 |
| **Total Direct Deposits** | | | **1,864.28** |

41839   LEGAL-Paralegal   731   42635   44184   **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                                                  **Earnings Statement**

| Employee ID | **731** | Fed Taxable Income | **2,038.64** | Check Date | **July 28, 2023** | Voucher Number | **42635** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **July 12, 2023** | Net Pay | **1,864.28** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **July 25, 2023** | Total Hours Worked | **85.35** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 1,440.00 |
| OVERTIM | 36.00 | 5.35 | 192.60 | 2,132.28 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 26,800.08 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **85.35** | **2,112.60** | **30,775.56** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 18.40 | 296.15 |
| FL | | | 0.00 | 0.00 |
| MED | | | 29.56 | 434.44 |
| SS | | | 126.40 | 1,857.64 |
| **Taxes** | | | **174.36** | **2,588.23** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 79.64 |
| Health | 66.72 | 733.92 |
| **Deductions** | **73.96** | **813.56** |

| **Direct Deposits** | **Type Account** | **Amount** |
|---|---|---|
| Wells Fargo | C   ***9240 | 1,864.28 |
| **Total Direct Deposits** | | **1,864.28** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741

**Levin Papantonio Thomas Mitchell Rafferty& Procto**
316 S Baylen St
Ste 600
Pensacola, FL 32502

paylocity

Direct Deposit Advice

**Check Date** August 11, 2023

**Voucher Number** 42881

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Wells Fargo | C | ***9240 | 1,815.11 |
| **Total Direct Deposits** | | | **1,815.11** |

41839  LEGAL-Paralegal  731  42881  44439  **41839**

**Jody Ann Salway**
251 Clematis Street
Pensacola, FL  32503

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Levin Papantonio Thomas Mitchell Rafferty& Proctor

**Jody Ann Salway**                                                                                 **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **731** | Fed Taxable Income | **1,977.44** | Check Date | **August 11, 2023** | Voucher Number | **42881** |
| Location | **LEGAL-Paraleg** | Fed Filing Status | **S** | Period Beginning | **July 26, 2023** | Net Pay | **1,815.11** |
| Hourly | **$24.00** | State Filing Status | | Period Ending | **August 8, 2023** | Total Hours Worked | **83.65** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| HOLIDAY | | | | 1,440.00 |
| OVERTIM | 36.00 | 3.65 | 131.40 | 2,263.68 |
| PTO | | | | 342.00 |
| REGULAR | 24.00 | 80.00 | 1,920.00 | 28,720.08 |
| Retro Pay | | | | 61.20 |
| **Gross Earnings** | | **83.65** | **2,051.40** | **32,826.96** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 11.06 | 307.21 |
| FL | | | 0.00 | 0.00 |
| MED | | | 28.67 | 463.11 |
| SS | | | 122.60 | 1,980.24 |
| **Taxes** | | | **162.33** | **2,750.56** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| DENTAL INS | 7.24 | 86.88 |
| Health | 66.72 | 800.64 |
| **Deductions** | **73.96** | **887.52** |

| **Direct Deposits** | **Type Account** | **Amount** |
|---|---|---|
| Wells Fargo | C    ***9240 | 1,815.11 |
| **Total Direct Deposits** | | **1,815.11** |

Levin Papantonio Thomas Mitchell Rafferty& Proctor | 316 S Baylen St Ste 600  Pensacola, FL 32502 | (850) 435-7027 | FEIN: 59-1266412 | FL: 2006741