United States Bankruptcy Court

Northern District of Florida

In re:  
Jody Ann Salway  
    Debtor

Case No. 23-30613-KKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 01, 2023      Form ID: b309a      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jody Ann Salway, 3333 Village Green Dr., Milton, FL 32571-8455 |
| 2512042 | + | APP of Florida HM ,LLC, Attn: Bankruptcy Dept, 6002 Berryhill Road, Milton, FL 32570-5062 |
| 2512044 | + | BuyWise Home Furnishings, Attn: Bankruptcy Dept., 312 E 9 Mile Road, #8, Pensacola, FL 32514-1475 |
| 2512048 | + | Gastroenteroloty Associates, Attn: Bankruptcy Dept., 6088 Berryhill Road, Milton, FL 32570-5062 |
| 2512056 | + | Rusty Moye, Auto Sales & Svc Ctr, Inc., Attn: Bankruptcy Dept., 6340 N> Palafox Street, Pensacola, FL 32503-7461 |
| 2512057 | + | Santa Rosa Medical Center, Attn: Bankruptcy Billing, 6002 Berryhill Road, Milton, FL 32570-5062 |
| 2512058 | + | Santa Rosa Medical Center, 4250 Woodbine Road, Attn: Bankruptcy Dept, Milton, FL 32571-8703 |
| 2512060 | + | Wakefield And Associates, Attn: Bankruptcy Dept., 544 Salem Street, Suite 6, Wakefield, MA 01880-1213 |
| 2512051 | + | myHomeSpot.com, 225 N. Pace Blvd., Pensacola, FL 32505-7915 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: notices@fraserlawfl.com | Sep 02 2023 01:28:00 | Steven Fraser, Steven C. Fraser, PA, Post Office Box 550868, Jacksonville, FL 32255 |
| tr | + | EDI: BSFCHANCELLOR | Sep 02 2023 04:03:00 | Sherry Chancellor, Law Office of Sherry F. Chancellor, 619 West Chase St., Pensacola, FL 32502-4711 |
| smg | | EDI: FLDEPREV.COM | Sep 02 2023 04:03:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Sep 02 2023 04:03:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Sep 02 2023 01:28:00 | U.S. Attorney (Pensacola Office), 21 E. Garden Street #400, Pensacola, FL 32501 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Sep 02 2023 01:28:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| ust | + | Email/Text: ustpregion21.TL.ecf@usdoj.gov | Sep 02 2023 01:28:00 | United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301-7728 |
| 2512041 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2023 01:17:07 | American First Finance, LLC, P.O. Box 565848, Dallas, TX 75356-5848 |
| 2512043 | + | Email/Text: documents@apellesnow.com | Sep 02 2023 01:28:00 | Appelles, LLC, Attn: Bankruptcy Dept., 3700 Corporate Dirve, Suite 240, Columbus, OH 43231-5001 |
| 2512046 | + | EDI: CCS.COM | Sep 02 2023 04:03:00 | Credit Collection Services, Attn: Bankruptcy Dept., 725 Canton Street, Norwood, MA 02062-2679 |
| 2512047 | | Email/Text: takierra@fdscredit.com | Sep 02 2023 01:28:00 | Financial Data Systems, Attn: Bankruptcy, Po Box 688, Wrightsville Beach, NC 28480 |

| District/off: 1129-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 01, 2023 | Form ID: b309a | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 2512045 | | EDI: JPMORGANCHASE | Sep 02 2023 04:03:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 2512049 | | EDI: JPMORGANCHASE | Sep 02 2023 04:03:00 | JPMCB, Attn: Bankrutpcy Dept., Post Office Box 15369, Wilmington, DE 19850 |
| 2512050 | | Email/Text: sheri@masinc.org | Sep 02 2023 01:28:00 | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 2512052 | + | Email/Text: netcreditbnc@enova.com | Sep 02 2023 01:28:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 2512053 | + | EDI: AGFINANCE.COM | Sep 02 2023 04:03:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 2512054 | + | Email/Text: bkrnotice@prgmail.com | Sep 02 2023 01:28:00 | Paragon Revenue Group, Attn: Bankruptcy, Po Box 127, Concord, NC 28026-0127 |
| 2512055 | + | Email/Text: newbk@Regions.com | Sep 02 2023 01:28:00 | Regions Bankcard, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 2512059 | | Email/Text: bankruptcytn@wakeassoc.com | Sep 02 2023 01:28:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 03, 2023         Signature:      /s/Gustava Winters

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jody Ann Salway** | | Social Security number or ITIN | xxx–xx–2371 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Florida** | | Date case filed for chapter **7** | **August 31, 2023** |
| Case number: | **23–30613–KKS** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully. To protect your rights, consult an attorney.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov. Anyone can register for the Electronic Bankruptcy Noticing program at https://bankruptcynotices.uscourts.gov/ to quickly receive court–issued notices and orders by email. This program is FREE.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jody Ann Salway | |
| 2. | **All other names used in the last 8 years** | fka Jody A Roberts | |
| 3. | **Address** | 3333 Village Green Dr.<br>Milton, FL 32571 | |
| 4. | **Debtor's attorney**<br>Name and address | Steven Fraser<br>Steven C. Fraser, PA<br>Post Office Box 550868<br>Jacksonville, FL 32255 | Contact phone 877–862–7188<br><br>Email: notices@fraserlawfl.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502 | Contact phone 850–436–8445<br><br>Email: sherry.chancellor@yahoo.com |

**For more information, see page 2 >**

Debtor **Jody Ann Salway** | Case number **23–30613–KKS**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | 110 E. Park Ave., Ste. 100<br>Tallahassee, FL 32301 | Hours open 9:00am – 4:00pm<br><br>Contact phone (866) 639–4615<br><br>Date: August 31, 2023 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 3, 2023 at 09:50 AM, CT**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of Social Security Number required *** | Location:<br><br>**Meeting will be telephonic. Dial (866), 721–8020 and enter 6505229, when prompted for participation code.**<br><br>For Zoom meeting information go to <u>www.justice.gov/ust/moc</u>. |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br><br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:**<br>**December 4, 2023** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>https://pacer.uscourts.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |