BL9833417

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| JODY ANN SALWAY | : | |
| | : | |
| | : | |
| | : | BANKRUPTCY NO: 23-30613 |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American First Finance, LLC**
**c/o Becket & Lee LLP**
**PO Box 3002**
**Malvern, PA 19355-0702**

By: /s/ Christopher Cramer

Christopher Cramer, Claims Administrator
Becket & Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Date:    11/01/2023