United States Bankruptcy Court

Northern District of Florida

| | |
|---|---|
| In re: | Case No. 23-30613-KKS |
| Jody Ann Salway | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1129-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2023 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jody Ann Salway, 3333 Village Green Dr., Milton, FL 32571-8455 |
| 2512042 | + | APP of Florida HM ,LLC, Attn: Bankruptcy Dept, 6002 Berryhill Road, Milton, FL 32570-5062 |
| 2512044 | + | BuyWise Home Furnishings, Attn: Bankruptcy Dept., 312 E 9 Mile Road, #8, Pensacola, FL 32514-1475 |
| 2512048 | + | Gastroenteroloty Associates, Attn: Bankruptcy Dept., 6088 Berryhill Road, Milton, FL 32570-5062 |
| 2512056 | + | Rusty Moye, Auto Sales & Svc Ctr, Inc., Attn: Bankruptcy Dept., 6340 N> Palafox Street, Pensacola, FL 32503-7461 |
| 2512057 | + | Santa Rosa Medical Center, Attn: Bankruptcy Billing, 6002 Berryhill Road, Milton, FL 32570-5062 |
| 2512058 | + | Santa Rosa Medical Center, 4250 Woodbine Road, Attn: Bankruptcy Dept, Milton, FL 32571-8703 |
| 2512060 | + | Wakefield And Associates, Attn: Bankruptcy Dept., 544 Salem Street, Suite 6, Wakefield, MA 01880-1213 |
| 2512051 | + | myHomeSpot.com, 225 N. Pace Blvd., Pensacola, FL 32505-7915 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Dec 06 2023 05:30:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Dec 06 2023 05:30:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Dec 06 2023 00:40:00 | U.S. Attorney (Pensacola Office), 21 E. Garden Street #400, Pensacola, FL 32501 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Dec 06 2023 00:40:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| 2521380 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 00:41:29 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 2512041 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2023 00:41:05 | American First Finance, LLC, P.O. Box 565848, Dallas, TX 75356-5848 |
| 2512043 | + | Email/Text: documents@apellesnow.com | Dec 06 2023 00:40:00 | Appelles, LLC, Attn: Bankruptcy Dept., 3700 Corporate Dirve, Suite 240, Columbus, OH 43231-5001 |
| 2512046 | + | EDI: CCS.COM | Dec 06 2023 05:30:00 | Credit Collection Services, Attn: Bankruptcy Dept., 725 Canton Street, Norwood, MA 02062-2679 |
| 2512047 | | Email/Text: takierra@fdscredit.com | Dec 06 2023 00:40:00 | Financial Data Systems, Attn: Bankruptcy, Po Box 688, Wrightsville Beach, NC 28480 |
| 2512045 | | EDI: JPMORGANCHASE | Dec 06 2023 05:30:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 2512049 | | EDI: JPMORGANCHASE | Dec 06 2023 05:30:00 | JPMCB, Attn: Bankrutpcy Dept., Post Office Box 15369, Wilmington, DE 19850 |
| 2512050 | | Email/Text: sheri@masinc.org | | |

| District/off: 1129-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: 318 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 06 2023 00:40:00 | Merchants Adjustment Service, Attn: Bankruptcy, 56 North Florida St, Mobile, AL 36607 |
| 2512052 | + | Email/Text: netcreditbnc@enova.com | Dec 06 2023 00:40:30 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 2512053 | + | EDI: AGFINANCE.COM | Dec 06 2023 05:30:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 2512054 | + | Email/Text: bkrnotice@prgmail.com | Dec 06 2023 00:40:00 | Paragon Revenue Group, Attn: Bankruptcy, Po Box 127, Concord, NC 28026-0127 |
| 2512055 | + | Email/Text: newbk@Regions.com | Dec 06 2023 00:40:00 | Regions Bankcard, Attn: Bankruptcy, 2050 Parkway Office Circle, Hoover, AL 35244-1805 |
| 2512059 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 06 2023 00:40:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern, PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2023          Signature:          /s/Gustava Winters

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Jody Ann Salway**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx-xx-2371<br>EIN    _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _<br>EIN    _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Florida** | | |
| Case number:  **23-30613-KKS** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jody Ann Salway
fka Jody A Roberts

December 5, 2023

**By the court:**  Karen K. Specie
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2